UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KENNETH G. CHARRON,            )
                              )
            Plaintiff,         )
                              )
        vs.                    )        No. 4:05-CV-1113 (CEJ)
                              )
ELIZABETH CONLEY, et al.,      )
                              )
            Defendants.        )

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that plaintiff's amended complaint is **dismissed, without prejudice,** for failure to exhaust available administrative remedies in accordance with 42 U.S.C. § 1997e(a).


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2006.